GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Assistant United States Attorney
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: dimitra.sampson@usdoj.gov
Attorneys for Plaintiff

SEALED

FILED _X_   LODGED ___
RECEIVED ___   COPY ___

SEP 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _NMS_  DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman,<br><br>　　　　　　Defendant. | No. CR-22-08092-PCT-DGC (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1512(c)(1) and 2<br>(Destruction of Records in an Official Proceeding and Aid and Abet)<br>Count 1<br><br>18 U.S.C. § 1512(c)(2)<br>(Tampering with an Official Proceeding)<br>Count 2<br><br>18 U.S.C. § 1519 and 2<br>(Destruction of Records in a Federal Investigation and Aid and Abet)<br>Count 3 |

THE GRAND JURY CHARGES:

<u>**COUNT 1**</u>

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did corruptly alter, destroy, mutilate, and conceal a record, and attempted to do so, with the intent to impair its integrity and availability for use in a foreseeable criminal proceeding before a Court of the United States, an official proceeding, that is, by deleting and attempting to delete electronic communications associated with Signal accounts.

In violation of Title 18, United States Code, Section 1512(c)(1) and 2.

## COUNT 2

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, and attempted to do so, by directing others known and unknown to the grand jury to destroy records, that is, by deleting and attempting to delete electronic communications associated with Signal accounts.

In violation of Title 18, United States Code, Section 1512(c)(2).

## COUNT 3

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly alter, destroy, mutilate, and conceal records, that is, electronic communications associated with Signal accounts, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter that the defendant contemplated was within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States.

In violation of Title 18, United States Code, Section 1519 and 2.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

S/

DIMITRA H. SAMPSON
Assistant U.S. Attorney