**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | | |
|---|---|---|
| **U.S. Magistrate Judge: Michael T. Morrissey** | **Date: May 22, 2023** | **SEALED** |
| **USA v. Josephine Barlow Bistline** | **Case No.: CR-22-08092-05-PCT-DGC** | |

**Assistant U.S. Attorney**: Jillian Besancon
**Attorney for Defendant**: CJA George Klink for CJA Mark Paige
**Defendant**: Present and in custody
**Date of Arrest**: 5/19/2023

## INITIAL APPEARANCE AND ARRAIGNMENT:

Initial Appearance and Arraignment on a Second Superseding Indictment held. The Government affirms that this matter shall remain sealed at this time. CJA Attorney Mark Paige is appointed to represent Defendant based on his representation of Defendant in Defendant's related case. Defendant refuses to enter a plea as to guilt, therefore, the Court enters a plea of guilty and denial of the forfeiture allegations on behalf of the Defendant.

Jury Trial set for **Tuesday, March 5, 2024, at 9:00 a.m.** before Senior Judge David G. Campbell in Courtroom 603. Pretrial Motions due **January 8, 2024**.

The Government is seeking detention. Status Hearing requested. Request GRANTED.

Status Hearing re: Detention Hearing set for **Monday, June 5, 2023, at 1:30 p.m.** before Magistrate Judge Eileen S. Willett in Courtroom 305. Defendant is temporarily detained pending further proceedings.

Status Conference in this matter set for **Tuesday, June 20, 2023, at 4:00 p.m.** before Senior Judge Campbell in Courtroom 603. The Court AFFIRMS the Status Conference presently set for **Tuesday, June 20, 2023, at 2:00 p.m.** before Judge Campbell in Defendant's related case CR-23-517-01-PCT-DGC.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Recorded by CourtSmart **IA: 4 minutes**
Deputy Clerk Norma Hunt **ARR: 4 minutes**

 **Start: 3:24 PM**
 **Stop: 3:32 PM**

cc: AUSA, Def Cnsl, USMS, PTS