1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,                    No. CR-22-08092-PCT-MTL

10                    Plaintiff,                   **RECUSAL ORDER**

11   v.

12   Samuel Rappylee Bateman, et al.,

13                    Defendants.

14

15        I hereby recuse myself from any further action in the above-captioned matter.

16        **IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District

17   of Arizona.

18        **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot

19   to the **Honorable Susan M. Brnovich**.  All future pleadings and papers submitted for

20   filing shall bear the following complete case number: **CR-22-08092-PCT-SMB.**

21        Dated this 30th day of May, 2023.

22

23                                        _Michael T. Liburdi_

24                                        Michael T. Liburdi
                                          United States District Judge
25

26

27

28