*UNITED STATES*

*v.*

*SAMUEL RAPPYLEE BATEMAN, ET AL.*

D. Ct. No. CR-22-08092-PCT-SMB

**UNITED STATES'
NOTICE REGARDING PRO SE DEFENDANTS'
JAIL COMMUNICATIONS**

# EXHIBIT A

March 22, 2023 Call Transcript

Case 3:22-cr-08092-SMB   Document 229-1   Filed 07/19/23   Page 2 of 15

United States vs                                    Reporter's Transcript of Recorded Jail Call
Samuel Bateman, et al.

```
In re:                              )
                                    )   USAO No. 2022R04569
United States v. Samuel Bateman,    )
et al..                             )
```

REPORTER'S TRANSCRIPT OF RECORDED JAIL CALL

PERSONS ON AUDIO:  Samuel Bateman
                   Parley

JAIL CALL DATE:  March 22, 2023

PREPARED BY:
Keisha Heflin,
Certified Electronic
Transcriber No. CET-545

PREPARED FOR:
AUSA Jillian Besancon

(Certified Copy)



**Griffin Group International**
**888.529.9990 | 602.264.2230**

1              (Audio begins.)
2              RECORDING:  Call number, 320340470.  Inmate
3  ID, 21338510.  Date, 2023/3/22.  Time, 14:15:34.  Dialed
4  number, 1-928-640-7845, from station 19108.  Press 1 for
5  English.  The time is 2:15 p.m.
6              To connect to the mental health crisis line,
7  press pound 44 after this message.
8              Press 1 to place a --
9              Please enter your pin number follow --
10             Press 0 to make a prepaid --
11             For calls within the United States --
12             (Ringing.)
13             RECORDING:  Hello, you have a prepaid called
14  from Samuel Bateman an inmate at Florence Correctional --
15             This call is being recorded and subject to
16  monitoring at any time.  Thank you for using ICSolutions.
17  You may begin speaking now.
18             MR. BATEMAN:  Hi, Par.
19             MR. PARLEY:  Hi.
20             MR. BATEMAN:  Are you ready to work?
21             MR. PARLEY:  What's that?
22             MR. BATEMAN:  Are you ready to work?
23             MR. PARLEY:  Yeah.
24             MR. BATEMAN:  I got a bunch of -- whole
25  bunch of shit.  And it doesn't have -- this can be over --

3

```
 1   this -- you know, how long it -- you know, however long it
 2   takes, but there's about 20 things here that I've got to
 3   have happen, like they're (indiscernible).  Do you -- is
 4   your app working?
 5               MR. PARLEY:  Uh-huh.
 6               MR. BATEMAN:  Okay.  So JJ keeps trying to
 7   take my children.  Moansie's mommy.
 8               MR. PARLEY:  Oh, I see.
 9               MR. BATEMAN:  So I need somebody to file
10   some malice charges on her.  She's a bitter son of a
11   bitch, bitter as hell, lying like shit.  Everything.
12   Like, I'm -- I can't even believe it, because that's a
13   felony.  And I'll tell you what, it will turn her mind
14   somewhere else.  She'll start thinking, then singing a
15   different tune.  So I need somebody to do that.
16               Okay.  I need you to call my attorneys, Andy
17   or Marc and figure out how to get Leia to my power of
18   attorney so that she can start signing my documents.
19               MR. PARLEY:  Okay.
20               MR. BATEMAN:  Okay.  Okay.  Now, I also need
21   somebody to file sanctions -- and you can talk to Jam,
22   she'll explain all this -- on David G. Campbell, he's my
23   judge, wickeder than a hell froze over son of bitch.
24   ████████████ is wickeder than shit.  ████████████
25   ████████████, she was one of my judges.  The prosecuting
```

4

1  attorneys, which is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.   They both need a bunch of Napue
3  violations filed on them.  And I need Adam Zickerman to --
4  you know, for sanctions filed on him.
5              Also, you want --
6              MR. PARLEY:  Uh-huh.
7              MR. BATEMAN:  -- to find a book called "How
8  to Sue Attorneys and Judges" by -- oh daggum, I forget the
9  name of it, but you could look it up.  How to Sue
10 Attorneys and Judges.
11             Okay.  We also need to file a Brady
12 violation on the prosecuting attorney, because I can't
13 even get my -- I cannot even get my stuff.  They won't
14 even let me see my stuff.  That is a Brady violation if
15 I've ever seen one.
16             MR. PARLEY:  Like, what stuff?
17             MR. BATEMAN:  On the discovery and
18 everything that has to do with the case.  I can't even
19 fight my own damn case, because I can't see it.  My
20 attorneys have to be there every time I want to look at
21 it.
22             MR. PARLEY:  Okay.  So -- so they won't give
23 you your -- the warrant and all --
24             MR. BATEMAN:  Yeah.
25             MR. PARLEY:  -- that stuff to look at.

5

1           MR. BATEMAN:  Well, they'll do the
2  warrant -- and, by the way, talk to Jam.  And you can get
3  all that paper from her.  Get all that stuff.
4           MR. PARLEY:  I -- I have talked to her.  And
5  she basically tells me to talk to the attorney or call the
6  court and get it directly from them, and I was going to do
7  that.
8           MR. BATEMAN:  Okay.  The -- there's -- okay.
9  I'm not sure why'd she say that because some --
10          MR. PARLEY:  Say --
11          MR. BATEMAN:  -- somebody has it.  Hold on
12  just a minute.  Wait, wait, just one minute.
13          Okay.  So call Dan.  And if Dan already has
14  them, Leia may have sent them to him -- anyway, if he
15  already has them, don't do it.  If he doesn't, then, yeah,
16  go get them from the judges, but it should -- it should be
17  quite quick, because I haven't even seen them.  I haven't
18  even studied them.  There's (indiscernible) --
19          Okay.  We need sanctions filed on the
20  prosecuting eternal -- attorneys, like I told you, and the
21  marshals and also Christopher Green.  He defaulted prison
22  on every -- there's so many different things.  And you'll
23  figure out what they are when you read them.
24          And Dan -- yeah, Dan will know exactly what
25  to do.  But when you start filing sanctions on these --

6

1  and suing these guys so they'll get so sick of it and let
2  us go.  We should not be in here.  That's just wrong.
3              MR. PARLEY:  Okay.
4              MR. BATEMAN:  You know, and -- okay.  File
5  these sanctions on the prosecuting attorney and the
6  marshals until they let me have my damn privileges back,
7  at least to communicate -- I'm not a damn dog.  30 minutes
8  every other day.  That's like (indiscernible).  It's not
9  your damn choice.  You can't just come up here --
10             MR. PARLEY:  Yeah.
11             MR. BATEMAN:  -- and tell me to quit talk --
12 quit living my life.  I'm in pretrial punishment, first of
13 all.  And then they -- they block my privileges.  Sue the
14 shit out of them.  And, also, I need somebody to tell
15 me -- tell that prosecuting attorney to get my damn mail.
16 I'm getting sick and damn tired of them holding my mail
17 back.  Get bold with them so they know that you're sick of
18 it.
19             Okay.  Now, Dan's number is 530-737-3333.
20 530-737-3333.
21             MR. PARLEY:  Okay.
22             MR. BATEMAN:  Okay.  Also, the prosecuting
23 attorney has to offer the speedy trial.  They -- they
24 cannot make it go out a year.  And the judge damn well
25 knows it, and he allowed it.  And my attorney knows it,

```
 1   and he allowed it.  And it just -- I'm just kind of pissed
 2   off at him.  They're with the --
 3                MR. PARLEY:  Yeah.
 4                MR. BATEMAN:  -- jail and they know it.
 5                MR. PARLEY:  Jam -- what's his name?  Dan --
 6   Dan and Jam were saying that -- that they don't recommend
 7   a speedy trial because it will give you enough time to --
 8   to read your case and study it, but, I guess, if you --
 9                MR. BATEMAN:  No, not really.
10                MR. PARLEY:  -- if it's like urgent --
11                MR. BATEMAN:  No.  I'm just saying that
12   these are things that we can use against them.
13                MR. PARLEY:  Yeah.  Right.
14                MR. BATEMAN:  Even though I -- even though
15   I'm actually kind of glad that it's out of here.  I really
16   am, because I'm going to get out of here before then, and
17   it gives -- gives me time.  So --
18                MR. PARLEY:  Right.
19                MR. BATEMAN:  But, at the same time, they're
20   breaking the rules.  She can't do that.  It's not her
21   choice.
22                MR. PARLEY:  Yeah, it's illegal.
23                MR. BATEMAN:  Okay.  And I need -- I need
24   you to get the -- the documents on false arrest from
25   Charles A. Weizman.  He wrote it.  And -- and Andy
```

```
 1    Marcantel has it, my attorney.
 2              MR. PARLEY:  Okay.  And what do we do with
 3    that?
 4              MR. BATEMAN:  Send it to me.  Okay?
 5              MR. PARLEY:  Okay.
 6              MR. BATEMAN:  But it needs to be sent --
 7    or -- or have him send it to me.  That's what I wish.
 8    Yeah, send it to me through the mail.  That's what I wish.
 9              MR. PARLEY:  Okay.
10              MR. BATEMAN:  Okay.  And I need somebody to
11    tell those people that are gone to plead the Fifth.  They
12    don't -- tell them to not say a damn word.  It's none of
13    their fucking business to question them now.  So, somehow,
14    get that message to all those people.
15              MR. PARLEY:  Okay.
16              MR. BATEMAN:  Plead the Fifth.  They don't
17    even know about it.  They need some help.
18              MR. PARLEY:  Okay.
19              MR. BATEMAN:  And, also, I wished you'd
20    call -- because I'm getting tired of talking to my
21    attorneys.  I'm just damn -- I'm just damn ready to fire
22    their asses.  And you can tell them that, say, "I'm so
23    sick of how they treat you like I'm a stupid ass.  I'm
24    getting tired of it."
25              MR. PARLEY:  Yeah, we gave them a shit ton
```

9

```
 1  of money.
 2              MR. BATEMAN:  I know.  How much?
 3              MR. PARLEY:  A couple hundred grand
 4  probably.
 5              MR. BATEMAN:  Okay.  And how much have they
 6  used?  That's another question I wonder is how much have
 7  they -- have they already spent on it.
 8              MR. PARLEY:  Yeah, I don't know, but I can
 9  talk to them.
10              MR. BATEMAN:  I wish you would.  And you
11  know what pisses me off?  I asked them -- I -- you know,
12  trying to get a 250k bond because of Fanny Steinlage.
13  That's what my bail is on that.  And so I asked them --
14  asked somebody to get work on it, and they -- they didn't
15  say a damn thing about it.  It only has to be a tenth of
16  that.  So instead of 250k bail, it only has to be
17  25 grand.  And they -- and my attorneys didn't say a damn
18  word, the greedy damn beggars.  I'm pissed off at them.
19              MR. PARLEY:  You ought to get somewhere to
20  get some real people that actually care.  It's like --
21              MR. BATEMAN:  Yeah, not very much.  But
22  guess what?  The gentleman in New York is going to help
23  us.  That's another thing I forgot to talk to you about.
24  Ask Jam about that attorney in New York and get rid of
25  these bastards, Marc and Andy.  And you have that guy
```

```
 1   start working for us.  Request all that money back and
 2   everything.  I -- I --
 3                MR. PARLEY:  Okay.
 4                MR. BATEMAN:  They're a bunch of corrupt son
 5   of a bitches.  But this guy is --
 6                MR. PARLEY:  Okay.
 7                MR. BATEMAN:  -- is -- he's actually
 8   suggesting and giving -- giving information on how to get
 9   out without even getting paid.  So that's amazing.
10                MR. PARLEY:  Yeah.  All right.
11                MR. BATEMAN:  Okay.  So let's see here.  So
12   sanctions on the marshal.  Tell -- tell the prosecuting
13   attorney [redacted] I want my damn mail.  And I'm --
14   and I will sue her ass so damn hard and in her individual
15   capacity.  And I'll take all of her money and all her
16   assets and her boat and her kids.  Tell her I'm damn sick
17   of it.  Give me my mail.
18                MR. PARLEY:  Yeah.
19                MR. BATEMAN:  Okay.  Let's see here.  Okay.
20   I need sanctions done on [redacted], the special agent,
21   FBI.  And, also, you need to realize that -- that a -- and
22   maybe even ask Jam about this.  You're probably going to
23   have to write these notes and reread -- read them or
24   something.  But ask Jam about a law that says "Agents of
25   the crown cannot bring a charge for the crown."  She'd
```

Case 3:22-cr-08092-SMB   Document 229-1   Filed 07/19/23   Page 12 of 15

United States vs
Samuel Bateman, et al.                              Reporter's Transcript of Recorded Jail Call

11

```
 1  have to --
 2              MR. PARLEY:  Yeah, she was talking about
 3  that.  She was talking about that.
 4              MR. BATEMAN:  Yeah.  Here this bitch is who
 5  didn't even see any of this and she's accusing us.  She
 6  can't do that.  That's what -- that's what Green did,
 7  Christopher Green did too.  He didn't see me.  You
 8  can't -- you can't arrest me.
 9              Hell, I've got tons of law that says you
10  have to see it.  It either has to be a breach of the
11  peace.  I have to be, you know, ready to harm somebody
12  or -- or he has to see me do it.  And it was neither one.
13  I wasn't harming anybody.  I wasn't -- I wasn't creating a
14  big uproar and somebody's going to get killed and all this
15  stuff.  And he didn't see me do it.  It was all hearsay.
16  He had no right in the damn world.  I want him sued out
17  his -- out his ears.
18              Now, anyway, yeah, that's all.
19              MR. PARLEY:  Okay.
20              MR. BATEMAN:  But, yeah, please put your
21  whole heart into it.  And let the Lord do what he wants.
22  If he's going to delivery us some of the way, that's fine,
23  but we're going to work our butt off.
24              It's interesting because the girls told me
25  this morning -- they told me that their home was
```

```
 1   undedicated last night damn bad until they got rid of
 2   those law books.  The Lord does not want them working on
 3   the law.
 4             MR. PARLEY:  Huh, interesting.
 5             MR. BATEMAN:  But -- but I can guarantee you
 6   that you'll be blessed in it.  I don't know what they're
 7   doing for law books.  But, anyway, I (indiscernible) --
 8             MR. PARLEY:  Yeah.
 9             MR. BATEMAN:  -- trying hard -- trying hard
10   to get me out, but -- so what I -- hey, Parley, I've never
11   heard of such faithful girls in my entire damn life.
12   How --
13             MR. PARLEY:  Oh, I haven't either.
14             MR. BATEMAN:  How the shit the Lord -- why
15   he would give me such -- so many faithful girls, I have no
16   idea.  It blows my mind.  And every one of them have the
17   same story.  They hate the shit out of me because of all
18   the rumors, and they had such a struggle getting here.
19   And now they don't want to go anywhere else in the whole
20   damn world.  I wish -- I wish --
21             MR. PARLEY:  Amazing.
22             MR. BATEMAN:  I wish somebody would -- I
23   wish my family could hear me tell them to remember the
24   training about men and remember how you fulfill that
25   training is to -- the training of the seventh heaven,
```

```
                                                                    13
 1   envision the seventh heaven.  They know what I'm talking
 2   about.  That's how you pass all your tests.  Together --
 3                MR. PARLEY:  Okay.
 4                MR. BATEMAN:  -- together forever and ever.
 5   These are -- these are amazingly train -- amazing
 6   trainings.  Blow your mind out of the water, but it's the
 7   only way we're going to pass this test.  And they will --
 8   they will do it.  So -- okay.  Thank you so much, Par.
 9                MR. PARLEY:  Okay.
10                MR. BATEMAN:  I love you and talk to you
11   later.  Bye.
12                MR. PARLEY:  All right.  Thanks.
13                (Audio ends.)
14
15
16
17
18
19
20
21
22
23
24
25
```

14

1
2
3
4        BE IT KNOWN that the foregoing audio/
5   video recording was transcribed by me, Keisha Heflin, a
6   Certified Reporter; that the 14 pages contained herein are
7   a true and correct transcript of the recording, all done
8   to the best of my skill and ability.
9        I FURTHER CERTIFY that I am in no way
10  related to any of the parties hereto, nor am I in any way
11  interested in the outcome hereof.
12       Dated this 13th day of July, 2023.
13
14
15            /s/ Keisha Heflin
16            KEISHA HEFLIN, CET
17            Certified Electronic
18            Transcriber CET-545
19
20
21
22
23
24
25