UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>   v.<br><br>Samuel R. Bateman, et. al.,<br><br>      Defendants. | No. CR-22-08092-003-PCT-SMB<br><br>**Order Continuing Status Conference**<br><br>*Hon. Susan M. Brnovich*<br><br>(Defendant is in custody) |

Upon motion of the defendant, Donnae Barlow, to continue the status conference of November 13, 2023 (Doc. 343), and good cause appearing,

**IT IS HEREBY ORDERED** continuing the status conference in this case from November 13, 2023, to **November 21, 2023, at 1:00 p.m**, courtroom 506 in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that each counsel shall advise the Court **no later than 5 days** before the hearing if their clients wish to waive their presence.

**IT IS FURTHER ORDERED** that excludable delay exists under Title 18 U.S.C. 3161(h)(&)(A) from __ to ____.

Dated this 7th day of November, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge