GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-08092-PCT-SMB |
| Plaintiff, | |
| v. | **JOINT STATUS MEMORANDUM** |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

The United States files this joint status memorandum in advance of the April 1, 2024 status hearing.[1]

**I.     Defendants' Status**

The trial date is September 10, 2024. Defendant Samuel Rapplyee Bateman (1) is expected to plead guilty pursuant to a contingent plea agreement during the April 1, 2024 status hearing. The trial date has been vacated as to the following defendants who have

---

[1] The United States consulted with counsel for all defendants who have not entered plea agreements. As to the self-represented defendants, the United States consulted their advisory counsel. No objections to this status memorandum were received from any defendant.

| | |
|---|---|
| 1 | already entered into plea agreements: Donnae Barlow (3), Brenda Barlow (7), Marona |
| 2 | Johnson (8), and Leia Bistline (9). The remaining defendants set for trial are Naomi |
| 3 | Bistline (2), Moretta Rose Johnson (4), Josephine Barlow Bistline (5), LaDell Jay Bistline, |
| 4 | Jr. (6), Torrance Bistline (10), and Leilani Barlow (11). Plea offers are presently available |
| 5 | to all remaining defendants. Except for defendant Naomi Bistline (*see* doc. 318), the |
| 6 | deadline for the defendants to accept their plea offers is Friday, April 12, 2024. After that |
| 7 | date, the offers will be withdrawn and will not be reextended. |

## II.    Scheduling and Deadlines

Unless the remaining defendants plead guilty, the parties intend to proceed to trial as scheduled and comply with the deadlines established in the Amended Scheduling Order. (Doc. 294.) However, should defendant Bateman plead guilty on April 1, 2024 as anticipated, the United States and defendant Bateman agree that the deadlines should be suspended as to defendant Bateman only. If the contingency provision in defendant Bateman's plea agreement is not satisfied and the United States withdraws from the plea agreement, defendant Bateman should be given a reasonable amount of time to meet the existing trial deadlines.

In accordance with the Amended Scheduling Order, the United States has provided Rule 16 discovery to the defendants. (*See* Doc. 448.)

Respectfully submitted this 27th day of March, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Dimitra Sampson*
> DIMITRA H. SAMPSON
> JILLIAN BESANCON
> RYAN POWELL
> Assistant U.S. Attorneys

# **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Myles Schneider
*Attorney for Defendant (1) Samuel Rappylee Bateman*

Cindy Castillo
Jose Antonio Saldivar
*Attorneys for Defendant (2) Naomi Bistline*

Sandra Kay Hamilton
*Attorney for Defendant (3) Donnae Barlow*

D Stephen Wallin
*Attorney for Defendant (4) Moretta Rose Johnson*

Mark Jeffrey Andersen
*Advisory Attorney for Pro Se Defendant (5) Josephine Barlow Bistline*

Jacob Faussette
*Advisory Attorney for Pro Se Defendant (6) LaDell Jay Bistline, Jr.*

Gillmore Birch Bernard
*Attorney for Defendant (7) Brenda Barlow*

Jocquese Lamount Blackwell
*Attorney for Defendant (8) Marona Johnson*

Loyd C. Tate
*Attorney for Defendant (9) Leia Bistline*

Kathy L. Henry
*Attorney for Defendant (10) Torrance Bistline*

Carlos Anthony Brown
*Attorney for Defendant (11) Leilani Barlow*

| | |
|---|---|
| 1 | I further certify that participants in this case are not registered CM/ECF users. I |
| 2 | have mailed the foregoing document by regular First-Class Mail, postage prepaid, for |
| 3 | delivery, to the following non-CM/ECF participants: |
| 4 | |
| 5 | Josephine Barlow Bistline |
| | Reg. No. 51598-510 |
| 6 | Florence-AZ-Florence-CAFCC |
| 7 | Central Arizona Florence Correctional Complex |
| | P.O. Box 6300 |
| 8 | Florence, Az 85132 |
| | *Pro Se Defendant (5)* |
| 9 | |
| 10 | LaDell Jay Bistline, Jr. |
| | Reg. No. 60788-510 |
| 11 | Florence-AZ-Florence-CAFCC |
| 12 | Central Arizona Florence Correctional Complex |
| | P.O. Box 6300 |
| 13 | Florence, Az 85132 |
| 14 | *Pro Se Defendant (6)* |
| 15 | *s/ Stephanie Ludwig* |
| | U.S. Attorney's Office |