**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. 3:22-cr-08092-SMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 13, 2024 |
| LaDell Jay Bistline, Jr., | ) | **REDACTED** |
| Torrance Bistline, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE SUSAN M. BRNOVICH, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 4**

**(EXCERPT - TRIAL TESTIMONY NAOMI BISTLINE)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Plaintiff:

    U.S. ATTORNEY'S OFFICE
    By:  **Ms. Dimitra H. Sampson, Esq.**
        **Mr. Ryan D. Powell, Esq.**
        **Ms. Jillian Besancon, Esq.**
    2 Renaissance Square
    40 N Central Ave., Ste. 1800
    Phoenix, AZ 85004


For the Defendant LaDell Jay Bistline Jr.:

    FAUSSETTE & FAUSSETTE, PLLC
    By:  **Mr. Jacob Faussette, Esq.**
    3800 N Central Ave., Ste. 615
    Phoenix, AZ 85012


For the Defendant Torrance Bistline:

    KATHY HENRY & ASSOCIATES
    By:  **Ms. Kathy L. Henry, Esq.**
    7047 E Greenway Pkwy, Ste. 250-#3001
    Scottsdale, AZ 85254

**I N D E X**

**WITNESS:**                                                    **PAGE:**

NAOMI BISTLINE
    Direct Examination by Ms. Sampson                    4

**P R O C E E D I N G S**

(Excerpt.)

NAOMI BISTLINE,

called as a witness herein, having been first duly sworn, was

examined and testified as follows:

THE COURT:  Go ahead.

MS. SAMPSON:  Thank you.

DIRECT EXAMINATION

BY MS. SAMPSON:

Q.  Good afternoon, Ms. Bistline.  Can you please tell the jury

your full name.

A.  Naomi Bistline.

Q.  How old are you?

A.  26.

Q.  What city and state are you currently living in?

A.  Colorado City, Arizona.

THE COURT:  Okay.  I'm sorry.  Can you pull the

microphone closer to you?

THE WITNESS:  Yes.

THE COURT:  We just need to make sure everybody can

hear you.

Thank you.

BY MS. SAMPSON:

Q.  How long have you lived in Colorado City, Arizona?

A.  My whole life.

Q.   How long have you been staying there most recently?  Like did you just move back to Colorado City --

A.   Yes.

Q.   -- from someplace else?

A.   Yes.

Q.   Okay.  What -- how long have you been there?

A.   A week-and-a-half.

Q.   Where were you before that?

A.   I was in jail.

Q.   For charges related to this case?

A.   Yes.

Q.   Did you plead guilty to your involvement in this case?

A.   Yes.

Q.   Can you tell the jurors what charge you pled guilty to?

A.   Conspiracy and tampering with an official proceeding.

Q.   Can you tell the jury in your own words what you did to commit that crime?

A.   I picked up three minors in state custody, drove them to California.

Q.   Who were those three girls?

A.   JD 7, JD 9, and JD 8.

Q.   And when did that happen?

A.   November of -- the end of November of 2022.

Q.   And when you say that those three girls were in state custody, were they in Department of Child Safety custody at the

time?

A.  Yes.

Q.  And did you know that when you picked them up?

A.  I did.

Q.  And did you take them across state lines?

A.  Yes.

Q.  Were there other women that were involved in that crime as well?

A.  Yes.

Q.  Who else helped you?

A.  Moretta Johnson and Donnae Barlow.

Q.  And did -- was one of them with you specifically?

A.  Yes.

Q.  Who was that?

A.  Donnae Barlow.

Q.  And did Moretta Johnson pick up the other underage girls?

A.  Yes.

Q.  And did she meet up with you in California?

A.  Yes.

Q.  All right.  And then did Moretta Johnson end up taking all of the girls that you guys had taken from state custody up to Spokane, Washington?

A.  Yes.

Q.  Okay.  And were you arrested shortly after that happened?

A.  Yes.

Q.  Do you know what potential prison sentence you're facing as a result of your plea agreement?

A.  Probation to five years.

Q.  So anywhere from probation up to five years in prison?

A.  Yes.

Q.  And do you know who will make the decision as to your sentence?  Who decides that?

A.  The judge.

Q.  And how much time have you spent in custody so far?  You said this happened back in November of 2022, so how long were you in custody in total?

A.  21 months.

Q.  So under -- just under two years?

A.  Yes.

Q.  Have you been made any promises what your ultimate sentence will be at the end of this?

A.  I have not.

Q.  All right.  You already told us that you grew up and lived your whole life in Colorado City, Arizona.  I want to ask you a couple questions about your family.  Okay?

Who were your parents growing up?

A.  Francis Lee Bistline, Jr., and Marsha Fawn Barlow Bistline.

Q.  Do you have a relationship with either of them now?

A.  Off and on.

Q.  Okay.

THE COURT:  Okay.  She's going to have to pull the microphone closer.

BY MS. SAMPSON:

Q.  You're really soft-spoken so it's kind of hard to hear. Are you a little bit nervous too?

A.  Yes.

Q.  Understand.  Just try to remember to keep it close to your mouth.

Did you have a relationship with your parents growing up?  I know you said now it's on and off, how about when you were growing up?

A.  Not really.

Q.  Why is that?

A.  My dad was sent away when I was 13, 12 or 13, and my mom was like stretched between five different homes because me and my siblings were all -- were separated.

Q.  Okay.  Who was your dad sent away by?

A.  Warren Jeffs.

Q.  All right.  And were your siblings separated because of the member/nonmember separation back at that time?

A.  Yes.

Q.  All right.  And so at some point did you get separated from your mother and some of your siblings?

A.  Yes.

Q.  Okay.  How many siblings in total do you have?  I'm not

going to make you name them, but how many do you have?

A.  I have 21 siblings.

Q.  Did your dad have any other wives other than your birth mother?

A.  Yes.

Q.  How many?

A.  He had one other.

Q.  Among your siblings, do you have a sister named Galilee Bistline?

A.  Yes.

Q.  Is she older or younger than you?

A.  She's older.

Q.  How much older?

A.  Five years.

Q.  So when your -- and if you already said, I apologize, but how old were you when your father was sent away?

A.  I think I was 12, going on 13.

Q.  Were you assigned a caretaker for your family when your father was sent away?

A.  Not for the first year.

Q.  Eventually were you?

A.  Yes.

Q.  Did you have more than one caretaker at various times?

A.  Yes.

Q.  All right.  At some point did LaDell Bistline, Jr., get

assigned as your family's caretaker?

A.   Yes.

Q.   And did that apply to you and your sister Galilee?

A.   Yes.

Q.   Any of your other siblings, were they under his care as well, or was it mostly you and Galilee?

A.   It was my mom and all of her children but not my other moms.

Q.   Okay.  And did your mom -- when you were under LaDell's care, did your mom always live with you or did there come a time when she moved somewhere else?

A.   There came a time she moved somewhere else.

Q.   Okay.  And can you please tell us if you see LaDell Bistline in the courtroom today?

A.   Yes.

Q.   All right.  Can you tell us where he's sitting and what he's wearing, for the record?

A.   He's sitting right there.  He's wearing a black suit.

        MS. SAMPSON:  Your Honor, may the record reflect that the witness has identified the defendant?

        THE COURT:  Does he have a tie or no tie?

        THE WITNESS:  I can't tell where he is behind the computer.

        THE COURT:  Can you stand up?

        THE WITNESS:  Yes.  I can't see very good.

BY MS. SAMPSON:

Q.  You can't see.  I'll tell you what, is he sitting at this table behind me?

A.  Yes.

Q.  Is he the first gentleman?

A.  No.

Q.  Is he the second gentleman?

A.  Yes.

MS. SAMPSON:  Okay.  Your Honor, may the record reflect the witness has identified the defendant?

THE COURT:  Yes, the record will so reflect.

BY MS. SAMPSON:

Q.  So you said you were living with LaDell when he was your caretaker.  About how old were you when that happened?

A.  14.

Q.  And your sister Galilee lived with you guys as well?

A.  Yes.

Q.  Where did you guys live?

A.  In 185 Garden Avenue, the blue house we called it.

Q.  Okay.  What other families were living there at the same time, at that time?

A.  When I first moved in there?

Q.  Yes.

A.  There was Jacob Jessop, and for a minute both my moms and my former caretaker, Anson Barlow, and also LaDell and his

three moms.

Q. And that would be Maria, Deb, and Leilani?

A. Yes.

Q. And their families too?

A. Their member families at the time.

Q. Their member families. Okay.

Jacob Jessop, and then your mothers, and I think you mentioned one other caretaker, did they live there for very long or did they move out at some point?

A. Only for a few months, and then, yeah, they moved out.

Q. Okay. Keep that up real close so we can hear you. Okay?

What about Torrance Bistline, do you know who he is?

A. Yes.

Q. Was he living there at the time in the blue house?

A. No.

Q. Do you know where he was? And it's okay if you don't, but --

A. I think he was sent away at that time.

Q. All right. So everybody who was living in that house, were they under LaDell's care?

A. Not at first, no, but later, yes.

Q. At what point?

A. After Jake Jessop and Anson Barlow moved out, then yeah.

Q. Then everybody was under LaDell's care?

A. Yes.

Q.  Was he the only -- he was the main man of the house at that point; is that right?

A.  Yes.

Q.  Can you tell the jury, from your perspective, what a caretaker was?  What did that mean?

A.  They were kind of like a father figure.  Someone to take care of like religious classes and financial things.

Q.  Would a caretaker also have some say in who the women and girls would marry?

A.  I don't know for sure.

Q.  Okay.  Was LaDell married at the time?

A.  Yes.

Q.  To who?

A.  Josephine Barlow.

Q.  And did they have kids together?

A.  Yes.

Q.  Do you know all of his kids?

A.  Yes.

Q.  All right.  Can you name them for us?

A.  Luddy, or LaDell Bistline, III, and Moroni Bistline, Dollie Bistline, Lyle, John Doe, JD 9, and JD 8.

Q.  All right.  And so you lived with them at some point in time while LaDell was your caretaker; is that right?

A.  Yes.

Q.  At some point did LaDell move out of the house?

A.   Yes.

Q.   Where did he go?

A.   For a minute he lived in a shed in the backyard, and then he moved out to the airport.

Q.   To the airport, is that what you said?

A.   Yes.

Q.   Okay.  And that's the Colorado City airport?

A.   Yes.

Q.   Was he working as a pilot at the time?

A.   Yes.

Q.   Do you know the reason that LaDell moved out of the house, like was there a religious reason he was moving out of the house?

A.   Yeah, but I don't -- I didn't understand it all.

Q.   Okay.  You just understood there was some religious reason he was supposed to move out?

A.   Yeah.

Q.   Okay.  Did you, yourself, spend time at the airport where LaDell worked?

A.   Yes.

Q.   Like at what point in time did you start spending time out there?

A.   I started working out there when I was 17.

Q.   So you actually worked out there as well?

A.   Yes.

Q.  And you spent a good amount of time out there.  Did you work every day?

A.  Yes.

Q.  All right.

MS. SAMPSON:  Your Honor, if I could just have the witness be shown, we're going to do Exhibits 225 to 229.  I'll go ahead and ask to admit them based on our conversation at sidebar as well so I can just publish them.

THE COURT:  Any objection?

MR. FAUSSETTE:  Judge --

MS. HENRY:  No objection.

MR. FAUSSETTE:  -- no objection.

It was 225 to what?

MS. SAMPSON:  229.

MR. FAUSSETTE:  No objection.

MS. HENRY:  No objection.

THE COURT:  Okay.  Those exhibits will be admitted, so they can be published.

(Exhibit Nos. 225 through 229 admitted into evidence.)

MS. SAMPSON:  Okay.  We can go ahead and start with them one at a time, starting with Exhibit 225.

BY MS. SAMPSON:

Q.  Okay.  Do you recognize the photograph in this exhibit?

A.  Yes.

Q.  What are we looking at here?

A.   The front entry of the main building.

Q.   This is at the airport, correct?

A.   The airport, yes.

Q.   And then 226, what is this?

A.   That's the main room in the main building at the airport.

Q.   Would that be like the only terminal there?

A.   Yes.

Q.   All right.  And then 227, what is this?

A.   That's the back room, same building.

Q.   Is that a room that would be used by employees?

A.   Yeah, kind of like a lobby or a break room.

Q.   A break room?

A.   Yeah.

Q.   Okay.  228.

A.   That's the same room just the other side.

Q.   Okay.  Great.  And then 229, what is this?

A.   That's the main big hangar.

Q.   How many hangars were there?

A.   There was the two hangars and -- I don't remember how many there was, and then there was three bigger ones, and that was the biggest one.

Q.   Okay.  Were there any -- in the hangars, were there any rooms or like little apartments or living areas?

A.   Yeah.  Yes.

Q.   Is that where LaDell lived when he was staying at the

airport?

A.   Yes.

Q.   All right.   Thank you.

Okay.   I want to draw your attention now to the year 2019.   Was LaDell still living at the airport that year?

A.   Yes.

Q.   And where -- were you still living at the blue house?

A.   Yes.

Q.   And how about LaDell's wife Jomie and their kids, were they still at the blue house or had they gone somewhere else by 2019?

A.   They had moved to Cedar City, Utah.

Q.   And how about the Bistline families, his three mothers that you mentioned that used to live in the blue house, where were they by this time?

A.   Monument, Colorado.

Q.   Okay.   Even though everybody had sort of moved to different locations, were all those people I just mentioned still under LaDell's caretaking role?

A.   Yes.

Q.   Did you know Moroni Johnson?

A.   No.

Q.   Did you know of him?

A.   Yes, kind of.

Q.   Okay.   So you had heard his name but you didn't know him

personally at the time?

A.   Yes.

Q.   Do you know where he was living with his family in 2019?

A.   I think at the time he was living in Lincoln, Nebraska.

Q.   Had he previously lived in Colorado City, if you know?

A.   Yes.

Q.   But in 2019 he and his family moved to Lincoln?

A.   Yes.

Q.   When did you first hear the name Samuel Bateman?

A.   I think it was in 2019.

Q.   Who did you first hear about him through?

A.   I don't remember.  There was just a lot of rumors everywhere.

Q.   Okay.  What were the rumors?

        MR. FAUSSETTE:  Objection.  Hearsay.  Speculation.

        THE COURT:  The objection is sustained.

BY MS. SAMPSON:

Q.   Was -- were you warned to stay away from Bateman initially?

A.   I don't remember being warned not to -- to stay away from him.

Q.   Let me just ask you this, you don't have to tell us what it was, but did Bateman have a reputation in the community?

A.   Yes.

Q.   Okay.  When did you, yourself, first meet him?

A.   November of 2019.

Q.   And how did you meet him in November of 2019?

A.   LaDell introduced me to him.

Q.   How did that come about?

A.   It was late at night and I needed a ride home from working at the airport, and he -- he called me, I think it was, he called me and told me he wanted me to meet somebody and to be prayerful.  So then we went out and he was in a -- we met him and he was in a brown suburban.

Q.   So you needed a ride home from the airport.  LaDell called you and said I want you to meet someone, I need you to be prayerful.  And then did he show up with --

A.   Yes.

Q.   -- Sam Bateman?

A.   Yes, he was in there, in the vehicle too.

Q.   In a suburban?

A.   Uh-huh.

Q.   Is that yes?

A.   Yes.

Q.   Okay.  Was anybody else with them?

A.   Yes.

Q.   Who?

A.   Marona Johnson and Shandra Johnson.

Q.   At the time, did you know that Bateman was married to them?

A.   No.

Q.   Okay.  Was anybody on the phone with you guys when you were

in the vehicle?

A.   Yes.

Q.   Who?

A.   Moroni Johnson and Zavenda Barlow.

Q.   And what were they talking to you about on the phone?

A.   They were --

          MR. FAUSSETTE:  Objection.  Hearsay.

          THE COURT:  The objection is sustained.

          MS. SAMPSON:  The -- as a coconspirator statement.

          THE COURT:  Who was on the phone?  It was Moroni --

          MS. SAMPSON:  Moroni Johnson and Zavenda Barlow.

          THE COURT:  The objection is overruled.

BY MS. SAMPSON:

Q.   What were they talking about?

A.   They were just bearing testimony about them being together
and talking about this new celestial law or something like
that.  I don't remember.

Q.   And what was it -- so what was going on at the time that
them being together would have been like under this new
celestial law?  Were marriages banned at that time?

A.   Yes, or they were kind of put on hold.

Q.   Put on hold.  Okay.

     And so talking about getting married would be
something different than what you guys had been taught in the
FLDS at that time?

A. Yes.

Q. Okay. Around this time when LaDell introduced you to Sam Bateman, was LaDell spending time with Sam Bateman?

A. Yes.

Q. Would Bateman visit you guys at the airport?

A. He would come out sometimes, but up until then I hadn't met him.

Q. Okay. So you would see him at the airport, but that was the first time that you met him?

A. Yes.

Q. Now, you mentioned that part of the role of the caretaker is to teach religious classes. Was LaDell doing that for all of his caretakees at this time?

A. Yes.

Q. And for the ones who were out of state, would they be able to call in for those classes?

A. Yes, they would call in.

Q. Did you notice anything different about LaDell's teachings in those classes after you were introduced to Sam Bateman?

A. They got longer, but I don't remember paying attention to what was talked about.

Q. Okay. But it felt different, just definitely longer?

A. Yeah.

Q. What did you think of Sam Bateman when you first met him?

A. I thought he was weird.

Q.  Did you express that to LaDell?

A.  I think I did but I don't remember.

Q.  Okay.  When -- in your belief system, when you talk about belonging to somebody, what does that mean?

A.  It means like you are supposed to marry them.

Q.  Okay.  And would that be like a legal marriage or a spiritual marriage?

A.  Spiritual.

Q.  Did LaDell ever talk to you about who you belonged to?

A.  He never said the name but he did bring it up.

Q.  What did he say?

A.  That -- there was a time like he brought me an envelope and told me that the name of the man I belong to was in that envelope.

Q.  When was that?

A.  That was -- I think it was December of 2019.

Q.  So he said the man's name that was in the envelope was who you belonged to?

A.  Yes.

Q.  And what else did he say about that?

A.  He asked me if I could guess who it was and he would give the envelope to me.

Q.  Did you know who it was?

A.  I -- not really, but I did like, in my mind, I kind of, like the first thought was Samuel, but I thought like the only

reason I'm thinking that is because of all the rumors and stuff about him, and so I didn't say his name.

Q.  Were you thinking that that was what LaDell wanted you to say when you said I was thinking his name?

MR. FAUSSETTE:  Objection.  Speculation.

THE COURT:  The objection is overruled.

THE WITNESS:  Yes.

BY MS. SAMPSON:

Q.  Is that what you were thinking?  Yes.  Okay.

What did he tell you -- well, did you give a name?

A.  I said a bunch of random names but not his.

Q.  What was LaDell's response when you gave a bunch of random names and not Sam's?

A.  He told me it wasn't a game and to go pray about it.

Q.  At that point did you feel like you were going to have a choice in who you belonged to?

A.  I never felt like that I would have that choice my whole life.

Q.  Your whole life you never felt like you'd have a choice?

A.  Yeah.

Q.  So as your caretaker, even if you didn't want to go with Sam Bateman, would LaDell have the authority to tell you you belonged to him?

A.  I think, yeah.

Q.  Is that how you felt anyway?

A.   Yes.

Q.   And I think you already said, but did you want to go with Bateman at that point in time?

A.   No.

Q.   Did Bateman himself ever try to get you to go with him?

A.   Yes.

Q.   What would he do?

A.   I don't know, just weird things.

Q.   Would he come around the airport?

A.   Yeah.  When I'd be working and stuff, he would like text me randomly and be like, I'm watching you.

Q.   How did that make you feel?

A.   I don't know.  Weird.

Q.   Okay.  Would -- would LaDell be there when Bateman would come around the airport and try to convince you to go with him?

A.   Not every time.

Q.   Sometimes?

A.   Sometimes, yes.

Q.   So let me ask it this way.  Was LaDell around and aware that Sam Bateman wanted you to go with him?

A.   Yes.

Q.   You talked about Marona and Shandra.  At some point in time did you learn that they were Bateman's wives?

A.   Yes.

Q.   And they were both adults, correct?

A.   Yes.

Q.   When did you first learn that Bateman had any underage wives or child brides?

A.   July of 2020.

Q.   And who was it that you first learned of that he had as a child bride?

A.   JD 6.

Q.   How old was she then, if you know?

A.   I think she was nine.

Q.   Did you meet her when she was with Bateman in Colorado City?

A.   Yes.

Q.   Where were her parents at the time?

A.   In Lincoln, Nebraska.

Q.   Would Bateman bring her to the airport along with his other wives?

A.   Yes.

Q.   And would he do that when LaDell was around?

A.   Yes.

Q.   Did Bateman have his wives talk to you about being married to Bateman?

A.   Yes.

Q.   And did he have them do that also to try to encourage you to be with him?

A.   Yes.

Q.   Even JD 6?

A.   Yes.

Q.   Was there a specific time when you remember knowing that JD 6 was married to Bateman?

A.   I think I learned in mid July was when I actually realized that she was.

Q.   Did it have to do with a certain visit by DCS?  Was that part of how you found out?

A.   Yes.

Q.   What do you remember happening then?

A.   I don't remember the event.  All I remember is Samuel calling me and getting after me for calling DCS, and I didn't know anything about it.

Q.   So he thought maybe you had called DCS about JD 6 after you met her?

A.   Yes.

Q.   Did Bateman tell LaDell about DCS coming to the houses?

          MR. FAUSSETTE:  Objection.  Speculation and hearsay.

BY MS. SAMPSON:

Q.   If you were there --

          THE COURT:  The objection is overruled.

          MS. SAMPSON:  I'm sorry.

BY MS. SAMPSON:

Q.   If you know?

A.   I don't know.

Q.   Okay.  And you said JD 6 told you herself that she was married to Bateman?

A.   Yes.

Q.   And she did that in front of LaDell as well?

A.   Yes.

Q.   What was LaDell's reaction to JD 6 saying that she was married to Sam Bateman?

A.   He agreed with it.

Q.   Did he say anything specific about what age he thought that kids should be baptized and married?

A.   Yes, he did talk about it.

Q.   What did he say?

A.   He said something about being baptized at eight and married at nine.

Q.   And was he saying that specifically to you and others around?

A.   It was to others around.  It wasn't specifically to me.

Q.   But you heard it?

A.   Yes.

Q.   Was he trying to justify what Bateman was doing?

        MR. FAUSSETTE:  Objection.  Speculation.

        THE COURT:  The objection is sustained.

BY MS. SAMPSON:

Q.   Let me ask it this way.

        Was it in response to JD 6 telling her story about

being married to Bateman --

A.   Yes.

Q.   -- that he said that?

     Okay.  At some point did LaDell start traveling with Bateman to Lincoln?

A.   Yes.

Q.   Do you know when that was?

A.   I think the first time was in August of 2020.

Q.   Did he take anyone with him when he went to Lincoln?

A.   Yes.

Q.   Who?

A.   I think he took Jomie and JD 9 and JD 8 and John Doe.

Q.   And John Doe and JD 9 and JD 8 are their youngest children; is that right?

A.   Yes.

Q.   Okay.  And only if you know, do you know how old JD 9 and JD 8 were at the time in August of 2020?

A.   I could think about it.  I think JD 8 would have been nine, and JD 9 is only a few years older than that, and John Doe's a year older than that.

Q.   Okay.  When -- on that trip when Bateman and LaDell and the members of his family went, did Bateman stay in Lincoln or did he come back, if you know?

A.   He stayed in Lincoln.

Q.   Did LaDell and his family at some point return from that

trip?

A.   Yes.

Q.   Did LaDell ever take you to Lincoln?

A.   Yes.

Q.   When was that?

A.   Late October.

Q.   Same year, 2020?

A.   Yes.

Q.   Who else went with you that time?

A.   There was Jomie, my older sister Gal, my youngest brother Warren, and JD 9, JD 8, me, and Makelle.

Q.   And who is Makelle?

A.   She's my cousin.  LaDell's youngest sister.

Q.   So she's LaDell and Torrance both their sister, correct?

A.   Yes.

Q.   About how old was she at that time?

A.   18.

Q.   Did LaDell start pressuring you to marry Bateman after this trip?

A.   Yes.

Q.   How would he do that?

A.   He would just talk to me for a long time.

Q.   Like how long?

A.   Like six hours.

Q.   What kinds of things would he say to you?

A.   I just remember one thing when he told me that he watched me deny God a few times while he was talking to me.  And I think that's pretty much all I can remember the whole conversation.

Q.   Okay.  So did you take that as kind of a -- I'm going to use the word rebuking -- did you take that as a rebuking --

A.   Yes.

Q.   -- that he said I watched you deny God?

A.   Yeah.

Q.   Okay.  Was he pressuring anyone else at that time to marry Bateman?

A.   He was talking to Makelle.

Q.   Did you eventually move to Lincoln?

A.   Yes.

Q.   Did LaDell take you to be with Bateman?

A.   He did drive us there, yes.

Q.   Did you basically give in to the pressure at that point?

A.   Yes.

Q.   Did Makelle go with Bateman at that point?  Did she give in at that point?

A.   No.

Q.   Did that kind of cause a wedge in your relationship with her?

A.   Yes.

Q.   Were you close before that?

A.   We were very close.

Q.   What happened with your relationship with LaDell after you were given to Bateman?

A.   He completely cut us off, like I had no communication, like nothing after that except once.

Q.   And would you say that -- okay.  And we'll talk about that in a little bit.

Would you say that you and LaDell were very close before all of this?

A.   Yes.

Q.   Did you look at him like a father?

A.   I did.

Q.   And once he gave you to Bateman, your contact was pretty much cut off?

A.   Yes.

Q.   Do you remember when you were given to Bateman, what date that was?

A.   November 8th of 2020.

Q.   When LaDell took you to be with Bateman, did he take Jomie and JD 9 and JD 8 on that trip as well?

A.   Yes.

Q.   And was anyone else being given to Bateman on that same trip other than you?

A.   Yes.

Q.   Who?

A.   Jomie.

Q.   LaDell's wife?

A.   Yes.

Q.   And if you know, was she in favor of going with him at first?

A.   I don't know.  I -- even the whole trip I didn't know that that was going to happen.

Q.   Okay.  You didn't know it was happening until it happened?

A.   Yeah.

Q.   Okay.  When LaDell took you there, did he leave you there and then return to Colorado City?

A.   Yes.

Q.   How did you feel about being left there?

A.   Really lonely, sad.

Q.   Did you know Bateman or the Johnson family that you were living with at this point?

A.   Not at all.

Q.   Where were you guys living at that time in Lincoln?

A.   In Lincoln?

Q.   In someone's house?

A.   Yes, in Moroni's house.

Q.   And at that point did Bateman have all of the wives and child brides that he had taken at that point living with him in Moroni Johnson's house?

A.   Yes.

Q.   Did you find out after you moved to Lincoln who all Bateman was married to at that point in time?

A.   Yes.

Q.   Okay.  Would you be able to tell us who he was married to when you moved there?

A.   I think I could, yeah.

Q.   Okay.  Go ahead.

A.   All of them or just the underage?

Q.   The ones -- why don't you tell us the underage ones.

A.   The what?

Q.   The underage ones.

A.   I think it was JD 3, oh, Moretta was underage at that time, so it was Moretta, JD 3, JD 5, and JD 7, JD 6, and JD 5.

Q.   All right.  So at that point Bateman already had a number of underage brides, not yet the ones in Colorado, is that right, just to get our timing straight?

A.   Yes.

Q.   Okay.  What were the sleeping arrangements in the house in Lincoln?  Where did Bateman stay?

A.   He had his own room and we all shared three different rooms.

Q.   Would Bateman call certain wives to come in and sleep with him at night?

A.   Yes.

Q.  Would that usually be one at a time or multiple people at a time?

A.  It was like two or three at a time.

Q.  Did you ever get called in to sleep with him?

A.  Yes.

Q.  Would he have you sleep with your clothes on or your clothes off?

A.  At that time I don't remember doing it with clothes off.

Q.  Okay.  At some point did that change?

A.  Yes.

Q.  Okay.  Before you were given to Sam Bateman, did you know anything about sex or sexual activity?

A.  No.

Q.  I want to direct your attention to a little bit later that month.  In November of 2020, do you remember traveling back to Colorado City with Bateman and some of his other brides and Moroni Johnson and Zavenda Barlow?

A.  Yes.

Q.  Okay.  Do you remember what the purpose of that trip was?

A.  I think it was we were going to pick up Jomie.

Q.  So did you make any stops on the way to Colorado City? Would you stop in Colorado or anyplace else?

A.  Yes.

Q.  Was that to visit the Bistlines?

A.  Yes.

Q.  Do you know, as the caretaker, did LaDell have the Bistlines in Colorado start calling in to classes in Lincoln?

A.  I don't know that.  After I was -- after I went to Nebraska, I didn't really know much what was happening between --

Q.  Okay.

A.  -- the caretakers.

Q.  That's okay.  I probably skipped a question.  When you were living in Lincoln, did somebody start -- who was teaching classes while you were living in Lincoln?

A.  At first it was Moroni and then it went to Samuel.

Q.  Okay.  Did anybody else call in to those classes from other places?

A.  Yes.

Q.  Who?

A.  LaDell and his caretakees did.

Q.  Okay.  All right.  So on that trip to Colorado City that you guys took, you said it was to pick up Jomie and her things, do you remember the police coming to the airport in Colorado City?

A.  I do remember that.

Q.  All right.  Were you at the airport when the police came?

A.  Yes.

Q.  Where was Bateman?

A.  I think he took off.

Q.   When the police came?

A.   Yeah.

Q.   And did you speak to the police at all?

A.   No.

Q.   All right.  Did you see if LaDell spoke with the police at all?

A.   Yes.

Q.   All right.  Did LaDell come and get anybody else to go talk to the police that you observed yourself?

A.   He came in and got Rachel and Jomie and they went out and talked to them.

Q.   And later that night after that police encounter at the airport, would you guys have all gone back to the green house?

A.   Yes.

Q.   Do you remember something about a comforting of LaDell?

A.   Yes.

Q.   Tell the jury about that.  What happened that night?

A.   Like how far back?

Q.   Well, so at some point -- let me ask it this way.

     At some point, were some of Bateman's child brides turned over to LaDell to comfort him?

A.   Yes.

Q.   How did you know about that?

A.   So when we got there, then Samuel and LaDell stayed out in the vehicle with JD 3.  We all came in.  And a little while

later then he came in -- they all came in, and LaDell had his arm around JD 3, and Samuel told us that JD 3 belonged to him.

Q.   Meaning belonged to LaDell?

A.   Yeah, belonged to LaDell.

Q.   How old was JD 3 at that time?

A.   I think she was 14.

Q.   And she was one of Moroni Johnson's daughters that had been given to Bateman?

A.   Yes.

Q.   Okay.  And did he have his arm around anybody else?

A.   Not at first.

Q.   At some point did he?

A.   Yes.  And Samuel said that Retta also did, and she went over there and he put his arm around her too.

Q.   Okay.  Now, in your belief system, was it unusual for an adult man to have his arms around young girls that are not part of his family?

A.   Yes.

Q.   What would that mean to you if you saw that?

A.   That she was married to him.

Q.   Okay.  And is that what Bateman said, at least in that moment, was supposed to happen is that they were being given to him like to marry him?

A.   Yes.

Q.   All right.   And then what happened after that?

A.   He -- Bateman called -- he called Julia and Moroni from Lincoln, and he told them that Marona and JD 4 also belonged to LaDell.

Q.   Okay.   Did he do that on a phone call or on a video call?

A.   A video call.

Q.   And did you guys use Duo to do video calling?

A.   I think it was Duo.

Q.   Okay.   All right.   And then what happened after he called and said JD 4 and Marona were going to be given to LaDell as well?

A.   I remember he looked across the table and told me, you're next after Gal.

Q.   After Gal?

A.   Yeah.   And then he said something about, I need -- I need comfort from God, or something.   And then he left and we sat there and --

Q.   Did LaDell stay?

A.   Yes.

Q.   But Bateman left?

A.   Uh-huh.

Q.   Is that yes?

A.   Yes.

Q.   For how long?   That's okay.   For how long?

A.   It felt like forever, but I don't remember.

Q.   Was it like hours or minutes or --

A.   Yeah, like maybe a few hours.

Q.   Okay.  And then what happened?

A.   He came back and texted over a string and said that they all come back to him.

Q.   Okay.  When you say texted over a string, did you guys have a group text that Bateman and his followers would all be on?

A.   Yes.

Q.   And would LaDell be on those group strings as well back in 2020, when this happened back in November of 2020?

A.   Yes.

Q.   So Bateman sent a text to everybody saying -- what did you say he said to everybody?

A.   They all come back to me.

Q.   Meaning that he would take his wives back?

A.   Yeah.  Yes.

Q.   Did he explain what that whole thing was about?

A.   He never explained it to me.  I don't know.

Q.   Okay.  Did you understand it to be some sort of test?

A.   Yeah.

Q.   So the next day did you guys go to get Jomie's things from her place in Cedar City?

A.   Yes.

Q.   Were JD 9 and JD 8 there as well?

A.   Yes.

Q.   All right.  And you and JD 3 and Moretta?

A.   Yes.

Q.   What happened when you went to get her things in Cedar City?

A.   When we were leaving Cedar, then somebody had called -- called the police, and they came and surrounded the vehicles. And they got us out.  They talked to us all.  And they held Samuel like in a different vehicle the whole time, and then let us go.

Q.   Okay.  So let me ask you a couple questions about that. Were you guys all traveling in the same vehicle?

A.   Yes.

Q.   Who was driving?

A.   Samuel.

Q.   Which vehicle were you guys driving at the time?

A.   The white Yukon.

Q.   Was that the one that LaDell had bought for Sam when Jomie was given to him?

A.   Yes.

Q.   And when you were pulled over, you said Samuel was in a separate vehicle.  Do you mean like a police vehicle?

A.   No, he was in the same vehicle, but the police took him out and held him in a different -- in one of the police vehicles.

Q.   I see.  Okay.  Yeah, that's -- okay.  So they -- the police took him out and had him sit in a police vehicle while you

guys --

A.   Yeah.

Q.   -- stayed in the Yukon.  Okay.

Do you guys remember taking like a selfie in the vehicle and sending it out over the text string?

A.   I remember the selfie and I -- but I don't remember actually taking it.

Q.   Okay.

A.   But I do know that I was the one that took it, just -- but I'm thinking like, who else would, you know?

Q.   You remember seeing it though?

A.   Yeah.

Q.   And you remember that it went out on a group text?

A.   Yes.

Q.   Okay.  After that traffic stop, so now let's draw your attention to like the November 25th, November 27th time frame of 2020, did you guys eventually head back from Colorado City to Lincoln, Nebraska?

A.   Yes.

Q.   All right.  And you would have driven, meaning not you necessarily, but you guys drove cars to go back?

A.   Yes.

Q.   Would you stay in hotels on the way back?

A.   Yes.

Q.   Do you remember stopping on that trip in other states to

stay in hotels on your travels back?

A.  Yes.

Q.  Where did you stay?

A.  In Monument, Colorado.  Oh, the first night we stayed in Green River, Utah, and the next night we stayed in Monument, Colorado.

Q.  Okay.  And did something happen in one of those hotel rooms, either in Green River, Utah, or in Monument, Colorado?

A.  Yes.

Q.  Was that called, to your knowledge, a sacred ordinance?

A.  Yes.

Q.  Tell us what happened.

A.  I don't --

Q.  Why don't I start with who was there?

A.  It was Moroni, Jomie, me, Moretta, JD 3, and Bateman, and Zavenda, yeah.

Q.  Okay.  Where were Jomie's girls at that time?  Because they were on this trip with you, right?

A.  Yes.

Q.  Where were they at that point in time?

A.  They were in the other hotel room.

Q.  Okay.  All right.  So were you all in one hotel room, all the people you just mentioned?

A.  Yes.

Q.  Okay.  And what happened?

A.   Bateman -- and Bateman was with -- like had sex with Zavenda and Moroni had sex with Jomie.

Q.   So they basically traded wives?

A.   Yes.

Q.   And then you and JD 3 and Moretta were there?

A.   Yes.

Q.   Was everybody -- was everyone in the room naked?

A.   Yes, we were.

Q.   And was Zavenda -- well, let me ask it this way.  You were new to being Sam's wife; is that right?

A.   Yes.

Q.   Was Zavenda showing you how to please him?

A.   Yeah.  She was trying to like show me and Moretta and JD 3 how -- how to do that.

Q.   And did she have JD 3 and Moretta touching Sam's penis?

A.   I think so, yes.

Q.   Was he touching them?

A.   Yes.

Q.   How about you?

A.   No, he didn't touch me but --

Q.   Were you still watching at that point?

A.   Yes.

Q.   Okay.  Were you scared?

A.   Really scared.

Q.   Okay.  Were there -- was there a Duo call that was

happening while all of this was going on in the hotel room?

A.  Yes.

Q.  Who was the -- who were -- who were on those Duo calls?

A.  I remember Marona, JD 6, and LaDell being on it.

Q.  And were they all on together or were they in separate places?

A.  They were in separate places.

Q.  So let's start with Marona and JD 6, where were they?

A.  In Lincoln, Nebraska.

Q.  And then LaDell, where was he?

A.  I think he was in Colorado City.

Q.  Okay.  So they were participating by Duo video call; is that right?

A.  Yes.

Q.  So you could see them and they could see you?

A.  Yes.

Q.  Were they naked as well?

A.  Yes.

Q.  And were the phones -- were the, you know, video calls showing what was happening in the hotel room?

A.  Yes.

Q.  Including the adults having sex and JD 3 and Moretta touching Sam and him touching them sexually?

A.  Yes.

Q.  Around this time was LaDell given another wife?

A.   Oh, yes.

Q.   Who was that?

A.   My older sister.

Q.   And what's her name again?

A.   Galilee.

Q.   When did you find out about that?

A.   I think I was aware of it on New Years of 2021.

Q.   Did they come visit you guys in Lincoln at that time?

A.   Yes.

Q.   Do you also remember around New Years 2020 to 2021 being told to factory reset your phone?

A.   Yes.

Q.   What happened?

A.   I don't remember much about it.  I just remember like being woken up in the night and told to come down in the living room. And we came down there and Bateman talked to us for a while, and then he told us that we should factory data reset our phones and stuff.

Q.   Would he do that sort of stuff sometimes, like just call everybody together and tell you, you know, I want you to do this or do that, like he did with the phones?

A.   Yes.

Q.   Okay.  At some point did everyone move back to Colorado City?

A.   Yes.

Q.  When was that?

A.  February 1st and 2nd of 2021.

Q.  Okay.  Did that happen in groups or in waves, or did everybody go all in one day?

A.  Most of us went down on the 1st of February, and then later on, I think it was a month later, then the rest of them came, because they stayed back with the -- the special needs babies.

Q.  And where did you live when you guys all got to Colorado City?

A.  The blue house, 185 East Garden Avenue.

Q.  Okay.  Did LaDell move back into the blue house with you all?

A.  Yes.

Q.  How about Torrance, was he back in the picture at this point?

A.  I don't think so, not until his family moved down.

Q.  Okay.  So how long after you moved down was that?

A.  It was in February, late February, early March, sometime around that time.

Q.  Okay.  So just -- you're only talking a few weeks difference?

A.  Yes.

Q.  Okay.  And so Torrance moved back and also moved into the blue house?

A.  Yes.

Q.  All right.  And can you tell us if you see Torrance Bistline in the courtroom today?

A.  Yes.

Q.  Can you tell us where he's sitting and what he's wearing?

A.  He's sitting right there.  He's wearing a gray suit.

Q.  Does he have facial hair?

A.  Yes.

        MS. SAMPSON:  All right.  Your Honor, may the record reflect that this witness has identified the defendant?

        THE COURT:  Yes, the record will so reflect.

BY MS. SAMPSON:

Q.  All right.  And I think you also mentioned in that, when I asked you about Torrance, you said he came about the same time that -- did you say the others from Monument also moved down to the blue house?

A.  Yes.

Q.  So that would include Maria and her daughter JD 10, and Leilani and her daughter JD 11?

A.  Yes.

Q.  Can you tell us where Bateman would sleep in the blue house?

A.  He slept in the top floor.

Q.  Who else would sleep up on the top floor with him?

A.  All of his women.

Q.  So all of his wives and his child brides as well?

A.  Yes.

Q.  Were any of the men allowed to sleep up there?

A.  No.

Q.  Did everyone in the house -- I mean, was it well-known that Bateman shared that top floor with all his wives and child brides?

A.  Yes.

Q.  Were there common areas in the house where everybody would congregate, like to eat in the kitchen or sit in the living room?

A.  Yes.

Q.  Okay.  Would Bateman try to hide the fact that he was married to you all or to the child brides?

A.  No.

Q.  Was he affectionate with his child brides in front of everyone in the house?

A.  Yes.

Q.  I can't remember if you have used the term bear testimony, but what does it mean to bear testimony?

A.  It's like where you tell your story, like what you believe in.

Q.  Is it like what JD 6 did in talking about being given to Bateman --

A.  Yeah.

Q.  -- bearing her testimony?

A.   Yes.

Q.   Would he have you all do that?

A.   Yes.

Q.   Would he do that -- would Bateman have you do that during religious classes or at other times?

A.   It was -- yes, it was during the classes.

Q.   And at this point was everybody in the house attending those classes?

A.   Yes.

Q.   Did you personally see Sam Bateman have sex with his underage brides?

A.   Yes.

Q.   All of them?

A.   Except three.

Q.   Okay.  Which three?

A.   JD 11, JD 6, and JD 8.

Q.   And even with those three, JD 11, JD 6, and JD 8, even if you didn't see him have sex with them, did you see him touch them?

A.   Yes.

Q.   Like on their private parts?

A.   Yes.

Q.   Skin-to-skin when they were naked?

A.   Yes.

Q.   Okay.

THE COURT:  Ms. Sampson, if it's a good time now, we can stop, or you can have a couple more questions.

MS. SAMPSON:  I think we can stop now, yeah.

THE COURT:  Okay.  All right.  We'll recess for the weekend, and we start again on Tuesday.  So over the break, please remember the admonition, and have a nice weekend.  I'll see you then.

(The jury panel left the courtroom, 4:28 p.m.)

THE COURT:  You can have a seat.  I'm just going to remain standing.

One of the jurors asked if they could get a list of names.  So maybe you guys can talk about if you're willing to give them a list of names.

MR. FAUSSETTE:  I think we can come to an agreement on that, Judge.

THE COURT:  Yeah, I think it would be helpful.

Is there anything else from the government before we break?

MS. SAMPSON:  No, thank you.

THE COURT:  Anything else from the defense?

MR. FAUSSETTE:  Nothing from defense, Judge.  Thank you.

MS. HENRY:  Nothing from defense.

THE COURT:  Okay.  We'll see you Tuesday morning.

MR. FAUSSETTE:  Thank you, Your Honor.

(Proceedings concluded at 4:29 p.m.)

*          *          *

UNITED STATES DISTRICT COURT

52

C E R T I F I C A T E

I, CHRISTINE M. COALY, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 23rd day of September, 2024.

/s/ Christine M. Coaly_____
Christine M. Coaly, RMR, CRR