THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4, 7.1(M)(1)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 3 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ✓ DEPUTY

# In The United State District Court
## For The District of Arizona

Samuel R. Bateman      Case No 3:22-CR-08092
    Petitioner          SMB

vs

United States of America    Motion To Withdraw
    Respondant

State of California     Below is True To the
County of Adelanto     best of my knowledge
                           1746

The above named defendant prose and without counsel is requesting to withdraw his plea of guilty Based on ineffective Assistance of counsel and under contract Law and personel and subject matter jurisdiction in the state of Arizona

The defendant entered into a contract with the united states Attorneys office where he agreed to plea guilty To Count (2)

Conspiracy to commit Transportation of a minor for criminal Sexual Activity in Violation of Title 18 United States code Section 2423 (A) Transportation of a minor for criminal Sexual Activity The defendant became a member of the Conspiracy Knowing of at least one of its objects and intending to help accomplish it in the District of Arizona and Elsewhere.

And (count) (53) The was an agreement between two or more persons to committ a violation of Title 18 United States Code Section 1201 (A)(1) Kidnapping, That The defendant seized Confined Inveigled, decoyed Kidnapped abducted or carried away Jane Doe 489 and drove across state line

The defendant entered into this agreement Based on poor advise from his attorney that was beyond In-effective Counsel his plea of guilty was the result of unethical targeting by his attorney Mr. Schneider and associates

and to be frank, the government the defendants plea was not knowingly voluntarily a intellgantly made its impossiable See Document 521 filed 6/21/24 TR pg 58(22) The discovery Deadline were Suspended See Strickland v. Washington 466 V.S. 668. 104 S. Ct 2052 (1984)(quoting United States v. Chronic it was In-effective assistance of Counsel for council to have defendant plead guilty before inspecting discovery. These actions cannot be strategic on the part of the Attorney and demanded a Re-Trial Mr. Bateman states

That his councels deficient performance deprived him of a Trial by causing him to accept a plea he explains to the courts that he has now seen some of the government case " and there a reasonable probability that but for counsel errors he would not have plead guilty. For <u>example</u> look at the <u>transcripts</u> and further investigation the defendants Attorney Stipulated to an illegal mandatory minimum of 20 yr Both counts carried 10 to life and 0-life the attorney Stipulated to 20yr mandatory that

is illegal only congress can fix crimes and punishment. Here the court allowed the attorneys for the defense and the government to exceed punishment fix by congress see Doc 521 TR pg 11 line 11-15 " No less than 20 no greater than 50 and there is no mention of (11)(c)(1) plea " Regardless only congress can fix punishment. Mr Bateman contends had he seen the discovery he would have never accepted a guilty where he was gunna recieve a life sentence. Mr Bateman is 49 yrs old and with a 50 yr Sentence he will be 99 yrs old when he releases. Frankly he'll die in prison. So going to trial is more favorable than excepting a discriminatory sentence Another example looking at the transcripts its very easy to see this, that his Attorney knew that they " government never proved mens-rea in this case look at Document 521 page (39) TR line 4 to 6 The Defendant stated
" If it was possible but I wish there was a way we could take the word ordered

(4) of (14)

I dont force anybody to do anything, which I dont"

The Court should have not accepted the plea right there. his attorney was further put on notice that his defendant wasnt comfortable pleading guilty also see Document 521 TR 16-21 his Attorney convinces the court not to fix The wording

Mr. Schneider So heres my perception I would ask if you start --- open up a can of worms with him he's going to equivocate on certain thing that he doesn't like how it" Although its true"

His attorney told the Court his client was guilty

"where gonna be here all day changing words

The court should have never excepted the guilty plea the record shows Mr.

Bateman resisting the plea
   Furthermore
      The attorney allowed the government to introduce acts by Jane Does none of which were included in his indictment. Furthermore Theres a complete jurisdictional issue in this matter first the defendant is not indicted, in any other state other than Arizona but his counsel has allowed committed in several other states not mentioned in the indictment. And most damaging included in this motion is the Arrest warrant that was not filed with the clerk until 73 days later. This COURT never had subject or personel jurisdiction to even except his plea.
      The defendant, prior to his guilty plea requested all audio dash cam video police and body videos. The 911 calls all statements by the local and Federal goverment log reports All affidavits

in Support of his arrest warrants," his plea was in violation of Strickland v. Washington 466. 104 SCT 2052 80 Led 2d 674 (quoting united States v. Chronic and the totality of the evidence against the defendant amounted to: Illegal Survalencing by local and federal Authorities and Journals from participants not victims and under state rules of evidence his case would have been thrown-out interesting the government weighed heavey on tainted evidence. See Won Sung v. United States" The government had no forensic evidence [DNA] that could implicate their theory.

The government must have had some independant Corboration [They did NOT] the very fact that Mr Bateman never reviewed any discovery. He asked for <u>voids</u> his convictions and violates his rule (11) plea

A defendant has the burden of demonstrating that there was a fair and just reason for withdrawing his plea. See United States v. Jones 472 F3d 1136 9th Cir 2000.) The defendant

has shown that his rule (11) see submitted TR. Document 521 Colloquires was inadequate and that his attorneys were in-effective in several ways see United States V. Davis 4129 F.3d 802 9th cir (quoting errouenously given advice rises to a level requiring the court to withdraw his Federal Sentence.

He further contends he had a conflict of interest with his prior attorneys. Because he was charged with transportation and kidnapping of a minor children he was never charged directly with sexual assault on any of the minors. Further he's not charged with being a prophet occult leader or was he ever charged by indictment of being the president of Fundamentalist of later day saints. Because of the conflict Between religions, his attorneys were very aggressive toward him and thru his case admitting his guilt against his objection is a violation of Mccoy V. Louisiana that stated a defendant has the attorney to remain innocent Mr. Bateman objects to the use of the word "ordered"

Mr. Bateman submitted e-mails and text messages from purported females who were alleged victims but they were not, and this court was never made aware about an alibi defense all his former attorneys would do is argue for a plea

This is not your typical case of in-effective assistance of counsel. even counsel had a personal interest in the outcome Being one of religion if there was any wrong "which there wasn't was done under the ummberella of God [ The united states attorneys office was very clear that this was <u>not</u> about religion however throughout these proceedings all that was mentioned was, In fact Mr Bateman was a self proclaimed occult Prophet "Another Warren Jeffs" or Jim Jones or your favorite Charles Manson who used his authority to mislead females of all ages to perform Sexual activities in the name of God or at least under his direction

The united states government

definitly breach thier agreement which the defendant No where did the defendant agree to plead to several counts of Sexual assault in 5 different states - He agreed to transportation and the plain truth as to count (53) none of the alleged victums where kidnapped according to the government theory. Females yaung ones at that were more than willing Because he was a prophet.

    Plea agreements amounts to and should be Interpreted as a contract" under State contract Law see Ricketts v. Anderson 482 0.51 5&3 107 S. CT 2680 97 led 2d 1 1987 The Construction of the plea agreement and commitment a State enters into a plea agreement it is held to the most meticulous standards on both promise and performance - Here both were breached.
    A court initially determines whatever the language of the contract is un-Ambigious if it is the contract will be enforced as written See.

See Am First Fed Credit Union v. Solo, 131 Nev. 737, 739, 359 P.3d 105, 2015) (quoting Davis v. Beling 128 Nev 301 278 P.3d 501, 512 (2012). As a defendants liberties is at stake "The government is ordinarily held to literal terms of the plea agreement it made see United States v. Packwood 848 F.2d 1009, 1012 (9th Cir 1988, so that its the government gets what it bargins for but nothing more see United States vs. Transfiguration 442 F.3d 1222, 1228 9th Cir 2006) citing United States v. Pouity 32 F.3d 431, 433 9th Cir (1984) [The] government is usually the drafter it bears the responsibilities for any lack of clavity see United States v. Franco Lopez 312 F.3d 984 9th Cir 2002) Stating that Ambiguites in the plea agreement are construed in favor of the defendant.

See United States vs. DelaFuenta 8 F.3d B33 9th cir (1993) make sence in light of the parties respective barging powers (guilty pleas and agreements are subject to general contract principles State vs. Couckett, 110 nev. 838 842 877 1994)

    In with drawing his guilty plea the defendant told the court he wasn't comfortable with the wording or the narrative He was pressured into doing so with-out the benifit of discovery see Document 521 TR pg 58 line 17-23 its apparent the defendant plead guilty before he even seen his discovery in this matter
    A guilty plea cannot be induced by mis-representation see US-VS. Sinnon 894 F.2d (quoting Brad) v. United States 397 US. 742 1970 (we have also held that a defendant who pleads guilty in reliance on his attoneys gross mis-clarification of a likely out

out come of his case is entitled to withdraw the plea of Based on In-Effective Assistance of counsel

In this case the defendant told his attorneys he wanted to be provided with the legal complaint that had all the essential Facts constitutions the public offense. Nothing was provided and the transcripts provided not only guidance but truth discovery was never shown to this defendant. and most damaging this court had no Jurisdiction Either personely nor subject the warrant was Arrested on 9-13-22 The problem is the warrant wasn't filed until 73 days later on Nov. 21st 2022 Signed Debra D. Lucas clerk of the courts violating mr. Batemans right to Fundamental due process in this matter

Based on the Forgoing the defendant request his plea of guilty under Arizona State contract Law be with drawn.

Dated this 21st day of July 2025

*Maria Bistline*
POA for *Samuel R. Bateman*
P.O. Box 3900
Adelanto Ca
92301

Certificate of Service
I hereby certify that a true and correct copy of the above forgoin was sent to the clerk of the court to be sent to all Interested parties.

Dated this 21st day of July 2025

Goes with motion to withdraw.

Samuel Baitman
vs.                                    Affidavit
Dimitra Sampson

State of California        I swear under penalty of
County of Adelanto        perjury the forgoing is true.
                         1746.

1) That my name is Samuel Baitman, and that I'm currently under the control of the United States of America, specifically I'm being held at U.S.P. Victorville. Adelanto, Ca. 92301.

2) That I am the defendant in the above 2255 Motion and that all allegations stated therein are true on their face under penal of parjury and is contract binding, if the government does not respond to this affidavit they waive all rights associated with the truth of the matter.

3) That when I plead guilty I plead under duress, and I was threatened with a life sentence.

4) That my attorneys were ineffective in the above said manner throughout all the proceedings. That I have not seen all of my discovery still.

5) That there was no real factual basis for my plea. And that the United States of America is an incorrect ①

plaintiff in this matter.

6) That the US Attorney, Dimitra Sampson has committed fraud upon this court

7) The statute that allows the US Prosecutor to prosecute in the name of The United States of America is unconstitutionally fraudulent.

8) That my conviction is the result of uncorroborated statements that were placed in a journal and that any statements the defendant may have made are in violation of his maranda rights.

9) That my right to freedom of religion have been violated by The United States and its employees. and

10) And that I am actually innocent and that my plea of guilty falls legally under state contract law where I am entitled to terminate said contract at any time.

11) And that under Washington vs. Crawford I call by order of this affidavit The United States of America to the stand to defend my innocense (NOT their employees who defend by and thru their name) As

    Wherefore the above statements are true in their entirety.

    Executed on this 21st day of July 2025.

x _____

②