THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____CIVIL 54_____
(Rule Number/Section)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

_____ FILED       _____ LODGED
_____ RECEIVED    _____ COPY

OCT 2 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,

    Plaintiff,

v.

Brenda Lisa Barlow,

    Defendant

Case No. CR-22-08092-007-PCT-SMB

NOTICE OF APPEAL

Notice is hereby given that Defendant, Brenda Lisa Barlow, pro se, appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered on October 8, 2025 (Doc. 1051), denying her Motion to Alter or Amend Judgment under Rule 59(e), and from the Court's prior Order entered July 30, 2025 (Doc. 1032), denying her Motion for Relief from Judgment under Rule 60(b)(4) and 60(d)(3).

Respectfully submitted,

*Brenda L. Barlow*

Brenda Lisa Barlow

P.O. Box 2183

Colorado City, AZ 86021

Defendant, Pro Se

Dated: October 14, 2025

CERTIFICATE OF SERVICE

I hereby certify that on this _14_ day of October, 2025, I mailed a true and correct copy of the foregoing Notice of Appeal via U.S. Mail, postage prepaid, to:

Office of the United States Attorney
District of Arizona
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004


*Brenda L. Barlow*

Brenda Lisa Barlow
Defendant, Pro Se