UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>SAMUEL RAPPYLEE BATEMAN,<br><br>    Defendant - Appellant. | No. 26-92<br><br>D.C. No.<br>3:22-cr-08092-SMB-1<br><br>District of Arizona,<br>Prescott<br><br>MANDATE |

The judgment of this Court, entered February 20, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT